**DISMISS and Opinion Filed October 5, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00631-CV

## IDA ENGINEERING INC., Appellant

## V.

## LIQUID CAPITAL EXCHANGE INC., Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-08863**

## MEMORANDUM OPINION

Before Justices Schenck, Smith, and Garcia
Opinion by Justice Schenck

It is well-settled that a corporation may only be represented in court by a licensed attorney. *See Kunstoplast of Am., Inc. v. Formosa Plastics Corp.*, 937 S.W.2d 455, 456 (Tex. 1996) (per curiam). On August 11, 2021, after appellant's counsel withdrew, we directed appellant to file, within thirty days, a notice of designation of counsel. *See* TEX. R. APP. P. 6.1(c). Although we cautioned appellant that failure to comply could result in dismissal of the appeal without further notice,

*see Kunstoplast*, 937 S.W.2d at 456, no response has been filed.  Accordingly, we dismiss the appeal.  *See id.*


                               /David J. Schenck/
                               DAVID J. SCHENCK
                               JUSTICE


210631F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IDA ENGINEERING INC.,
Appellant

No. 05-21-00631-CV     V.

LIQUID CAPITAL EXCHANGE
INC., Appellee

On Appeal from the 68th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-08863.
Opinion delivered by Justice
Schenck, Justices Smith and Garcia
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Liquid Capital Exchange Inc. recover its costs, if any, of this appeal from appellant IDA Engineering Inc.

Judgment entered October 5, 2021.